NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RISEN ENERGY CO., LTD.,**
*Plaintiff-Appellant*

**TRINA SOLAR CO., LTD., et al.,**
*Plaintiffs*

**v.**

**UNITED STATES, SUNPOWER MANUFACTURING OREGON, LLC,**
*Defendants-Appellees*

———————————

2023-1550

———————————

Appeal from the United States Court of International Trade in No. 1:20-cv-03743-CRK, Judge Claire R. Kelly.

———————————

## O R D E R

The court notes that counsel for SunPower Manufacturing Oregon, LLC has not filed an entry of appearance or a notice of non-participation in this appeal.  *See* Practice Note to Fed. Cir. R. 12.

Upon consideration thereof,

IT IS ORDERED THAT:

Within 14 days of the date of filing of this order, the court will reform the caption to note the non-participation of SunPower Manufacturing Oregon, LLC unless within that time the party files an entry of appearance in this appeal. *See* Practice Note to Fed. Cir. R. 12.

FOR THE COURT

May 5, 2023                          /s/ Peter R. Marksteiner
     Date                            Peter R. Marksteiner
                                     Clerk of Court