NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RISEN ENERGY CO., LTD.,**
*Plaintiff-Appellant*

**TRINA SOLAR CO., LTD., et al.,**
*Plaintiffs*

v.

**UNITED STATES, SUNPOWER MANUFACTURING OREGON, LLC,**
*Defendants-Appellees*

---

2023-1550

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03743-CRK, Judge Claire R. Kelly.

---

**O R D E R**

Upon consideration of the corrected entry of appearance filed on behalf of JA Solar Technology Yangzhou Co., Ltd., Shanghai JA Solar Technology Co., Ltd., and JingAo Solar Co., Ltd. (collectively, "JA Solar"), ECF No. 20,

IT IS ORDERED THAT:

Absent objection within 14 days of the date of filing of this order, the court will reform the caption to designate JA

Solar as appellees in this matter. *See* Practice Note to Federal Circuit Rule 3.

FOR THE COURT

| | |
|---|---|
| <u>May 17, 2023</u><br>Date | <u>/s/ Peter R. Marksteiner</u><br>Peter R. Marksteiner<br>Clerk of Court |