23-1550

_____

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
_____


**RISEN ENERGY CO., LTD.,**

                                      **Plaintiff-Appellant,**

**TRINA SOLAR CO., LTD., ET AL.,**

                                      **Plaintiffs,**

V.

**UNITED STATES, SUNPOWER MANUFACTURING OREGON, LLC,**

                                      **Defendants-Appellees.**

_____

Appeal from the United States Court of International Trade in
case no. 1:20-cv-03743-CRK, Judge Claire R. Kelley

_____

## OBJECTION TO DESIGNATION AS APPELLEE OF PLAINTIFF JA SOLAR TECHNOLOGY YANGZHOU CO., LTD.; SHANGHAI JA SOLAR TECHNOLOGY CO., LTD. AND JINGAO SOLAR CO., LTD.

_____


Jeffrey S. Grimson
Sarah S. Wyss
Bryan P. Cenko
Jacob M. Reiskin
MOWRY & GRIMSON, PLLC
5335 Wisconsin Ave., NW, Ste. 810
Washington, DC 20015

May 31, 2023

*Counsel to JA Solar Technology Yangzhou Co., Ltd.; Shanghai JA Solar Technology Co., Ltd.; JingAo Solar Co., Ltd.*

In response to the Court's May 17, 2023 order, JA Solar Technology Yangzhou Co., Ltd., and JingAo Solar Co., Ltd. (collectively "JA Solar") submits this timely objection to the Court's plan to reformat the caption to designate JA Solar as an appellee. <u>See</u> Order (May 7, 2023), ECF No. 25. JA Solar instead asks that it remain a plaintiff for the reasons below. First, JA Solar notes that it supports the Appellant Risen Energy Co., Ltd., though it recognizes that JA Solar itself did not to file a notice of appeal. Second, JA Solar will not be filing or joining any brief in this proceeding, nor does it intend to participate in oral argument. <u>See</u> Fed. Cir. R. 12, and accompanying practice notes. ("An appellee desiring not to file a brief or join in another party's brief should promptly notify the clerk of court. The clerk of court will remove the party's designation as an appellee from the official caption."). Given JA Solar's position and its intention not to file a brief, it requests that the Court preserve JA Solar's designation as "Plaintiff." <u>See id.</u>

| | |
|---|---|
| May 31, 2023 | <u>/s/ Jeffrey S. Grimson</u> |
| | Jeffrey S. Grimson<br>Sarah S. Wyss<br>Bryan P. Cenko<br>Jacob M. Reiskin<br>MOWRY & GRIMSON, PLLC<br>5335 Wisconsin Ave., NW, Ste. 810<br>Washington, DC 20015<br>ssw@mowrygrimson.com<br>202-688-3610 (ph) |

*Counsel to JA Solar Technology Yangzhou Co., Ltd.; Shanghai JA Solar Technology Co., Ltd.; JingAo Solar Co., Ltd.*