NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RISEN ENERGY CO., LTD.,**
*Plaintiff-Appellant*

**TRINA SOLAR CO., LTD., ET AL.,**
*Plaintiffs*

**CANADIAN SOLAR INC., CANADIAN SOLAR INTERNATIONAL LIMITED, CANADIAN SOLAR MANUFACTURING (CHANGSHU), INC., CANADIAN SOLAR MANUFACTURING (LUOYANG), INC., CSI CELLS CO., LTD., CANADIAN SOLAR (USA), INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES**
*Defendant-Appellee*

**SUNPOWER MANUFACTURING OREGON, LLC,**
*Defendant*

2023-1550

Appeal from the United States Court of International Trade in No. 1:20-cv-03743-CRK, Judge Claire R. Kelly.

Per Curiam.

**O R D E R**

Oral argument is scheduled for September 3, 2024, in the above-captioned matter. Risen Energy Co., Ltd. responds to the court's notice of oral argument and indicates that it intends to waive its argument time.

Upon consideration thereof,

It Is Ordered That:

Risen is directed to appear at the oral argument, as scheduled, through counsel. Risen shall file an amended response to notice of oral argument no later than August 19, 2024.

For the Court

Jarrett B. Perlow
Clerk of Court

August 12, 2024
Date