# United States Court of Appeals for the Federal Circuit

_____

**RISEN ENERGY CO., LTD.,**
*Plaintiff-Appellant*

**TRINA SOLAR CO., LTD., et al.,**
*Plaintiffs*

**CANADIAN SOLAR INC., CANADIAN SOLAR INTERNATIONAL LIMITED, CANADIAN SOLAR MANUFACTURING (CHANGSHU), INC., CANADIAN SOLAR MANUFACTURING (LUOYANG), INC., CSI CELLS CO., LTD., CANADIAN SOLAR (USA), INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES**
*Defendant-Appellee*

**SUNPOWER MANUFACTURING OREGON, LLC,**
*Defendant*

_____

2023-1550
_____

Appeal from the United States Court of International Trade in No. 1:20-cv-03743-CRK, Judge Claire R. Kelly.

_____

**MANDATE**
_____

In accordance with the judgment of this Court, entered December 9, 2024, and pursuant to Rule 41 of the Federal

Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 30, 2025
Date

Jarrett B. Perlow
Clerk of Court